# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

Richmond Division

In re: Daniel James Miller  
    Teresa Lynn Miller

Case No. 04-33042

Claimant(s)

## MOTION FOR RETURN OF UNCLAIMED FUNDS

---

We, Daniel James Miller and Teresa Lynn Miller, were not available to receive the funds that were sent to 9311 High View Lane, Partlow, VA. 22534 because the house had been sold prior to that and we were not living there. A contact number was left with our attorney at the time but we were never contacted.

So pursuant to Federal Rule of Bankruptcy Procedure 3011-1, we are now requesting payment of funds to:

| Claimants Name and Address | Amount of Dividend |
|---|---|
| Daniel James Miller<br>Teresa Lynn Miller<br>C/O Kathy Reichley<br>33498 Parker RD.<br>Locust Grove, VA. 22508<br>540-907-7884 | $10,900.00 |
| Daniel James Miller<br>Teresa Lynn Miller<br>C/O Kathy Reichley<br>33498 Parker RD.<br>Locust Grove, VA. 22508<br>540-907-7884 | $2,450.00 |

Signature of Claimant's:

*Daniel J. Miller*  
*Teresa J. Miller*

Certificate of Mailing To: on August 16, 2005

W. Clarkson Mcdow JR.
United States Trustee
600 East Main Street
Suite 301
Richmond, VA. 23219

Office Of The United States Attorney
Eastern District of Virginia
600 East Main Street
18th Floor
Richmond, VA. 23219

*Daniel J. Miller*
*Terisa L. Miller*

Witnessed 8/16/05 by Lynda M. Wood.
Notary Public for the State of Virginia, City of Richmond *Lynda M. Wood*
My Comission Expires August 31, 2009

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

Richmond    Division

In re Daniel James Miller                    Case No. 04-33042
      Teresa L. Miller

           Debtor(s)                         Chapter

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Daniel James Miller<br>Teresa L. Miller<br>9311 High View Lane<br>Partlow, VA 22534 | $10,900.00 |
| Daniel James Miller<br>Teresa L. Miller<br>9311 High View Lane<br>Partlow, VA 22534 | 2,450.00 |

[If applicable: Continued on attached page(s).

Date: _____ April 25, 2005 _____

(Signature of Trustee)

Harry Shaia, Jr.
(Typed Name of Trustee)

[runclmfd ver. R. 04/03]