**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**In re** _____    **Case No.** _____
                                                    **Chapter** _____
                                                    *[If applicable] APN/CMN* _____

TO:    _____
       _____
       _____
       _____


**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

**REQUIREMENTS OF FORM [LBR 5005-1(C) and Standing Order 01-6]:**
___    Not in compliance with LBR 5005-1(C)(3). Papers, including attachments and exhibits, shall be of standard weight and letter size (8 ½ by 11 inches), photo-reduced if necessary, with top margin not less than 1 ½ inches and, except for exhibits, pre-punched with two holes at the top; multi-page pleadings to be fastened into sets at the top; and all paper presented for filing at the same time arranged in case number order.
___    Caption. If joint case, both debtors' names must be listed in caption.
___    Identification of Attorney. Attorney's name, State Bar number, complete mailing address, telephone number and name of party whom the attorney represents shall be contained on the first page of each pleading.
___    Proof of Service not in compliance with LBR 5005-1(C)(8). The full names and addresses should be listed for each person or entity served, including when service is made upon the list of the twenty largest unsecured creditors and insured depository institutions as required under FRBP 7004(h). A copy of the proof of service attached to the original document filed with the Clerk shall be attached to the document served.
___    Diskette did not contain the document indicated on the label **or** did not pertain to the case indicated. Please review this filing for possible error and file a diskette containing any appropriate amendment/correction.
___    Diskette not properly labeled. Diskettes must be labeled with the case name, case number, adversary proceeding number (*if applicable*), description of document, and name and telephone number of attorney.
___    Not accompanied by "Request for Waiver to File Conventionally." Parties represented by attorneys who do not file via the Internet must file documents on 3.5-inch diskette. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.
___    Registered CM/ECF users must file via the Internet. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; LBR 1009-1]:**
___    Official Form 1* - voluntary petition not filed using version 9/01.
___    Caption of Petition not in compliance with FRBP 1005. Social security number or employer's tax identification number of debtor(s) incomplete or omitted.
___    Corporate petition not accompanied by Corporate Ownership Statement. [FRBP 1007(a)(1)]*
___    Not accompanied by a properly completed Amendment Cover Sheet*.
___    Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.
___    Not accompanied by a list of <u>additional</u> creditors and signed cover sheet in the format specified by Clerk's Office*.
___    **A**dditional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules

**REAFFIRMATION [LBR 4008-1]:**
___    Not accompanied by a summary of reaffirmation agreement*.
___    Not signed by debtor, the debtor's attorney, if any, and the creditor.

**CHAPTER 13 PLAN AND RELATED MOTIONS AND NOTICE OF PLAN AND RELATED MOTIONS [LBR 3015-2]:**

___ Not accompanied by a properly completed proof of service.
___ Not on form approved by Court for use in Eastern District of Virginia*. *(Pursuant to our previous telephone conversation, this will confirm that the original filing date is still applicable.)*
___ Not accompanied by a budget (copy of Schedules I and J attached to plan acceptable).
___ Notice of chapter 13 plan and related motions contains no date or an incorrect date. Please file an amended notice of chapter 13 plan and related motions.

**MOTION FOR EXPEDITED HEARING [LBR 9013-1(N)]:**

___ Not accompanied by Certification Regarding Request for Expedited Hearing*.
___ Not accompanied by Priority Handling Cover Sheet*.

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

___ Not accompanied by proof of service indicating service of motion upon parties required to be served.
___ Notice as required by LBR 4001(a)-1(C) not clearly stated or conspicuously provided in motion.
___ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

**NOTICE OF MOTION OR OBJECTION**

___ Official Form 20A* - Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.
___ Official Form 20B* - Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

**EXHIBITS**

___ **N**ot in compliance with LBR 9070-1(A), (B), or (C). *(See Instructions for Preparing Exhibit List and Pre-Marking Exhibits*)*

**HEARINGS**

___ Date, time and/or location omitted or incorrect in Notice of Hearing.
___ Notice of Hearing/Response not properly linked to Motion/Application

**CLAIMS**

___ Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

*\*A copy of the above-referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov.*

___ Handed   ___ Mailed   ___ E-Mailed          CLERK, UNITED STATES BANKRUPTCY COURT
                                                By:_____
Date: _____                           Deputy Clerk
pc: Chapter 13 Trustee (if applicable)          Direct Dial Telephone No._____

[genckshtrich ver.R-03/2004]